RECEIVED
IN LAKE CHARLES, LA

DEC 0 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE LABOUVE, <br><br> Defendant. | CIVIL ACTION NO. 2:06-cv-00427-JTT-APW <br><br> JUDGE James T. Timble Jr. <br><br> MAGISTRATE JUDGE Alonzo P. Wilson |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eight Thousand Two Hundred Fifty Dollars ($8,250.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred Fifty Dollars ($250.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Be Careful Of My Heart," on album "Cross Roads," by artist "Tracy Chapman" (SR# 110-722);
- "Fast Car," on album "Tracy Chapman," by artist "Tracy Chapman" (SR# 92-491);
- "Be With You," on album "Enrique," by artist "Enrique Iglesias" (SR# 214-257);
- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Downbound Train," on album "Born In The U.S.A.," by artist "Bruce Springsteen" (SR# 55-647);
- "Shake You Down," on album "Shake You Down," by artist "Gregory Abbott" (SR# 71-785);
- "Nobody Wants To Be Lonely," on album "Sound Loaded," by artist "Ricky Martin" (SR# 305-060);
- "Midnight In Montgomery," on album "Don't Rock the Jukebox," by artist "Alan Jackson" (SR# 138-302);
- "If I Told You That," on album "My Love is Your Love," by artist "Whitney Houston" (SR# 298-453);
- "Lately," on album "Tyrese," by artist "Tyrese" (SR# 237-788);
- "Tell Me," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of

2

Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: December 7, 2016 at Lake Charles, LA By: _____
Hon. James T. Trimble Jr.
United States District Judge